AUSA: Nhan Ho Telephone: (313) 226-9100
AO 442 (Rev. 11/11) Arrest Warrant Special Agent: Brian Brown Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Carlos Renard Harris

Case: 2:25-cr-20558
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 7/23/2025
Description: INDI USA v HARRIS (JP)

FILED
JAN 08 2026
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Carlos Renard Harris, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

In Violation of 18 U.S.C. § 1368(a) Harming an Animal Used in Law Enforcement.

Date: JUL 23 2025

*Issuing officer's signature*

City and state: Detroit, Michigan

Jurnee Parker DEPUTY CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/23/25, and the person was arrested on *(date)* 1/8/26 at *(city and state)* Detroit, Michigan.

Date: 1/8/26

*Arresting officer's signature*

Brian Brown / SA FBI
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*