United States District Court
Eastern District of Michigan
Southern Division

United States of America,

v.

Carlos Renard Harris,

Defendant.

Case No. 25-20558

Hon. Linda V. Parker



## DEFENDANT'S ACKNOWLEDGEMENT OF INDICTMENT

I, Carlos Renard Harris, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, have read it, and that I understand its contents.

I understand that if I am convicted of or plead guilty to the charges in the indictment, I may be sentenced as follows:

| Count 1: Harming an Animal Used in Law Enforcement, 18 U.S.C. § 1368(a) | Term of imprisonment | Up to 10 years |
| --- | --- | --- |
| | Fine | Up to $ 250,000 |
| | Term of supervised release | Up to 3 years |

*Carlos Harris*
Carlos Renard Harris
Defendant

## ACKNOWLEDGEMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty days of arraignment.

_____
Rhonda Brazile
Counsel for Defendant

Dated: 1/9/2026